*E-filed on* 9/8/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br><br>C-06-03843 RMW<br>C-06-04295 RMW | No. MDL-1423<br>This Order Applies to<br><br>C-06-03843 RMW<br>C-06-04295 RMW<br><br>ORDER TO SHOW CAUSE WHY CONSOLIDATED ACTION SCHEDULING ORDERS SHOULD NOT APPLY |

    Case nos. C-06-03843 (*Cygnus Telecommunications Technology, LLC v. American International Telephonics, LLC*) and C-06-04295 (*Cygnus Telecommunications Technology, LLC v. Worthington*) have been transferred to this court. The court previously instructed plaintiff's and defendants' liaison counsel to discuss with the defendants in these two new cases the feasibility of following the schedule in the consolidated cases leading up to the November 20, 2006 claim construction hearing. *See* Misc. Order (July 14, 2006). Liaison counsel reported back that the attorney for some of the new defendants believed her case had not yet been transferred to this district and was therefore unwilling to participate.

    In case no. C-06-03843, Meredith L. Caliman is listed as counsel for defendants International Telecom Exchange and Tremcom International Inc. The clerk for the Central District of California

1  entered the default of defendants Callmaster, Global Telcom Solutions, and Network Enhanced
2  Technologies LLC before transfer.  Other defendants do not appear to have been served yet.  The
3  Judicial Panel on Multidistrict Litigation (the "MDL Panel") ordered the case transferred to this
4  district on April 6, 2006, and the file was received here on June 20, 2006.

5      In case no. C-06-04295, it does not appear that any defendant has yet been served and no
6  defendant has had counsel enter an appearance.  The MDL Panel ordered the case transferred to this
7  district on May 18, 2006, and the file was received here on July 13, 2006.

8      Defendants International Telecom Exchange and Tremcom International Inc. are ordered to
9  show cause by September 15, 2006 why they should not abide by the June 21, 2006 scheduling order
10 and its subsequent modifications.  Plaintiff and defendants' liaison counsel may each file a response,
11 if warranted, by September 19, 2006.  Plaintiff is ordered to show cause by September 15, 2006 why
12 any (if any) defendant in case nos. C-06-03843 and C-06-04295 remains unserved on that date, and
13 plaintiff shall also inform the court of any cases pending in other districts that the MDL Panel is
14 likely to transfer here.[1]  No filing shall exceed four pages.

17 DATED:     9/8/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The court is aware that *Cygnus Telecommunications Technology, LLC v. Majosa Communications Corp.* was ordered transferred here from the Central District of California by the MDL Panel on August 25, 2005.  It does not appear that order was received by this court until almost a year later.  The clerk of this court requested transfer of the file on August 14, 2006, but does not appear to have received it yet.  No defendant has been served in that case, and plaintiff's September 15, 2006 filing shall discuss the feasibility of serving the defendants while the transfer is pending.

**A copy of this order was mailed on _____ to:**

| **Counsel for Plaintiff:** | **Counsel for Defendants:** |
|---|---|
| John P. Sutton<br>2421 Pierce Street<br>San Francisco, CA 94115-1131 | Kieran Patrick Fallon<br>436 SW 8th Street<br>Miami, FL 33130-2814 |
| Gregory J. Nelson<br>Nelson & Roediger<br>3333 E Camelback Road<br>Suite 212<br>Phoenix, AZ 85018 | Meredith L. Caliman<br>Meredith L. Caliman Law Offices<br>3858 Carson Street, Suite 120<br>Torrance, CA 90503-6705 |
| Peter Neil Greenfeld<br>Greenfeld Law Group<br>3333 E Camelback Road<br>Suite 212<br>Phoenix, AZ 85018-2324 | **Courtesy Copy:**<br><br>Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E.<br>Room G-255, North Lobby<br>Washington, DC 20002-8004 |

Counsel shall distribute copies of this order to co-counsel, as necessary.