```
JOHN P. SUTTON (SBN 36560)                          * E-filed 11/16/06 *
Attorney at Law
2421 Pierce Street
San Francisco, CA 94115-1131
Telephone (415) 929-7408
Facsimile  (415) 922-2885

Attorney for Plaintiff
CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC
```

RECEIVED Nov 16 '06 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL TELEPHONICS, LLC, AMERICAN INTERNATIONAL TELEPHONICS, LLC, CALLMASTER, GLOBAL TELECOM SOLUTIONS, INTERNATIONAL TELECOM EXCHANGE, NET2CALLS, NETWORK ENHANCED TECHNOLOGIES, INC., POLARIS COMMUNICATIONS & NETWORKING TECHNOLOGIES LTD., AND TREMCOM INTERNATIONAL INC. <br><br> Defendants. | Case No. MDL 1423 <br><br> Case No. C-06-03843 RMW <br><br> STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY |

Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus") and defendant International Telecom Exchange, Inc. ("Defendant") have entered into a settlement agreement

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY

-1-

pursuant to which this action is to be concluded. Based on this settlement, the parties have agreed, inter alia, as follows:

1. As to past infringement alleged by Cygnus the Complaint is dismissed with prejudice.

2. A permanent injunction shall be entered in this case against Defendant, as provided under 35 U.S.C. § 283.

STIPULATED ON BEHALF OF PLAINTIFF:

Dated: Nov 13 06, 2006
       November 13

_____
John P. Sutton
Attorney for Plaintiff, Cygnus Telecommunications Technology, LLC

STIPULATED ON BEHALF OF DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.:

Dated: 10/31, 2006

_____
Meredith L. Caliman, Esq
Attorney for Defendant, Tremcom International, Inc.

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT TREMCOM INTERNATIONAL, INC. ONLY

THE PARTIES HAVE STIPULATED, IT IS HEREBY ORDERED THAT:

1. The Complaint is dismissed with Prejudice.
2. Defendant is permanently enjoined from making, using, selling and offering for sale the patented inventions.

11/16/06
Date

*Ronald M Whyte*
Ronald M. Whyte
United States District Judge