RECEIVED

Nov 16 '06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

\* E-filed 11/16/06 \*

JOHN P. SUTTON (SBN 36560)
Attorney at Law
2421 Pierce Street
San Francisco, CA 94115-1131
Telephone (415) 929-7408
Facsimile  (415) 922-2885

Attorney for Plaintiff
CYGNUS TELECOMMUNICATIONS
TECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

|  |  |
|---|---|
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL TELEPHONICS, LLC, AMERICAN INTERNATIONAL TELEPHONICS, LLC, CALLMASTER, GLOBAL TELECOM SOLUTIONS, INTERNATIONAL TELECOM EXCHANGE, NET2CALLS, NETWORK ENHANCED TECHNOLOGIES, INC., POLARIS COMMUNICATIONS & NETWORKING TECHNOLOGIES LTD., AND TREMCOM INTERNATIONAL INC.<br><br>Defendants. | Case No. MDL 1423<br><br>Case No. C-06-03843 RMW<br><br>STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC. ONLY |

Plaintiff Cygnus Telecommunications Technology, LLC ("Cygnus") and defendant

International Telecom Exchange, Inc. ("Defendant") have entered into a settlement agreement

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT
INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.
ONLY                                                      -1-

1   pursuant to which this action is to be concluded.  Based on this settlement, the parties have

2   agreed, inter alia, as follows:

3   1.      As to past infringement alleged by Cygnus the Complaint is dismissed with prejudice.

4   2.      A permanent injunction shall be entered in this case against Defendant, as provided under

5   35 U.S.C. § 283.

6

7   STIPULATED ON BEHALF OF PLAINTIFF:

8   Dated: _____ Nov 13 , 2006

9

10

11                                             _____
                                               John P. Sutton
12                                             Attorney for Plaintiff, Cygnus Telecommunications
                                               Technology, LLC
13

14  STIPULATED ON BEHALF OF DEFENDANT INTERNATIONAL TELECOM EXCHANGE,

15  INC.:

16  Dated: _November 3_ , 2006

17

18

19

20                                             _____
                                               Meredith L. Caliman, Esq
21                                             Attorney for Defendant, International Telecom
                                               Exchange, Inc.
22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT
INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.
ONLY                                        -2-

1 THE PARTIES HAVE STIPULATED, IT IS HEREBY ORDERED THAT:

2    1.    The Complaint is dismissed with Prejudice.

3    2.    Defendant is permanently enjoined from making, using, selling and offering for sale

4        the patented inventions.

5

6     _11/16/06_           _Ronald M. Whyte_

7     Date                 Ronald M. Whyte
                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE AND ENTRY OF PERMANENT
INJUNCTION AS TO DEFENDANT INTERNATIONAL TELECOM EXCHANGE, INC.
ONLY              -3-