*E-filed on   11-17-06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>C-02-00142 RMW<br>C-02-00145 RMW<br>C-02-05437 RMW<br>C-03-03378 RMW<br>C-03-03594 RMW<br>C-03-03596 RMW<br>C-03-04003 RMW<br>C-04-03001 RMW<br>C-04-03365 RMW<br>C-04-04247 RMW<br>C-04-04359 RMW<br>C-06-03843 RMW<br>C-06-04295 RMW<br>C-06-06479 RMW<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION |
|---|---|

Defendants assert that Cygnus does not own the patents-in-suit and move to dismiss these consolidated actions for lack of subject-matter jurisdiction. Although troubled by the inconsistencies in the evidence pertaining to the assignment of the patents to Cygnus, the court is satisfied that Cygnus has shown by a preponderance of the evidence that the assignment set forth in the September 1997 operating agreement is genuine. Cygnus's explanation that the representations

1 in Paragon's May 1998 petition to the Federal Circuit regarding the '984 application (case no. 98-547) and Wyatt's April 1998 declaration filed with the PTO in connection with the '115 application regarding Paragon's ownership of the applications occurred through inadvertence seems logical in light of the facts that Cygnus paid the issuance fees for the patents and represented to the PTO that an assignment had taken place, has acted as the owner of the patents since their issuance, and the September 1997 assignment was between entities both controlled by Wyatt.  However, since Cygnus's counsel admittedly failed to record the assignment, failed to produce evidence of an assignment until October 2006, and filed two documents stating that Paragon was the owner of the patents after the date of the assignment, the court would consider a motion for reasonable fees and expenses incurred by defendants in pursuit of this motion.  The motion to dismiss is denied.

DATED:        11/17/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

| | | |
|---|---|---|
| 1 | **A copy of this order was mailed on** _____ **to:** | |
| 2 | **Counsel for Plaintiff:** | Kieran Patrick Fallon<br>436 SW 8th Street |
| 3 | John P. Sutton<br>2421 Pierce Street | Miami, FL 33130-2814 |
| 4 | San Francisco, CA 94115-1131 | Matthew Francis McGahren<br>Baum & McGahren |
| 5 | **Counsel for Defendants:** | 6171 Crooked Creek Road<br>Norcross, GA 30092 |
| 6 | Alan M. Weisberg, Steven M. Greenberg<br>Christopher & Weisberg, P.A. | Lori D. Greendorfer, Maxim H. Waldbaum |
| 7 | 200 E. Las Olas Avenue<br>Suite 2040 | Schiff Hardin LLP<br>623 Fifth Avenue |
| 8 | Fort Lauderdale, FL 33301 | 28th Floor<br>New York, NY 10022 |
| 9 | John C. Carey<br>Rodriguez Greenberg & Paul | Thomas T. Tamlyn |
| 10 | 1395 Brickell Ave, Suite 700<br>Miami, FL 33131 | Yeskoo Hogan & Tamlyn, LLP<br>535 Fifth Avenue |
| 11 | | New York, NY 10017 |
| 12 | Felice B. Galant, Gregory B. Wood<br>Fulbright & Jaworski L.L.P. | Peter S. Canelias |
| 13 | 865 South Figueroa Street<br>Twenty-Ninth Floor | Law Offices of Peter S. Canelias<br>420 Lexington Avenue |
| 14 | Los Angeles, CA 90017 | Suite 2148<br>New York, NY 10170 |
| 15 | Joseph P. Zammit<br>Fulbright & Jaworski | Elizabeth E. Green, R. Scott Shuker |
| 16 | 666 Fifth Avenue<br>New York, NY 10103 | Gronek & Latham, LLP<br>390 N. Orange Avenue |
| 17 | John F. Mardula, Jon L. Roberts | Suite 600<br>Orlando, FL 32801 |
| 18 | Roberts Mardula & Wertheim, LLC<br>11800 Sunrise Valley Drive | Gregory J. Nelson |
| 19 | Suite 1000<br>Reston, VA 20191-5302 | Nelson & Roediger<br>3333 E Camelback Road, Suite 212 |
| 20 | Richard B. Sheldon | Phoenix, AZ 85018 |
| 21 | Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Boulevard | Peter Neil Greenfeld<br>Greenfeld Law Group |
| 22 | Los Angeles, CA 90064-1683 | 3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324 |
| 23 | Jeffrey L. Silvestrini, Brian F. Roberts<br>Cohne Rappaport & Segal | Matthew McGahren |
| 24 | P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Baum, McGahren & Chiu, LLC<br>6171 Crooked Creek Road |
| 25 | Raymond J. Etcheverry | Norcross, GA 30092 |
| 26 | Parsons, Behle & Latimer<br>One Utah Center | |
| 27 | 201 South Main Street,<br>Suite 1800, Post Office Box 45898 | |
| 28 | Salt Lake City, UT 84145 | |

ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                              3

1  **Courtesy Copy:**

2  Clerk of the Panel
   Judicial Panel on Multidistrict Litigation
3  Thurgood Marshall Federal Judiciary Building
   One Columbus Circle, N.E.
4  Room G-255, North Lobby
   Washington, DC  20002-8004
5

6  Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28