*E-filed on    1/3/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>C-02-00142 RMW<br>C-02-00145 RMW<br>C-02-05437 RMW<br>C-03-03378 RMW<br>C-03-03594 RMW<br>C-03-03596 RMW<br>C-03-04003 RMW<br>C-04-03001 RMW<br>C-04-03365 RMW<br>C-04-04247 RMW<br>C-04-04359 RMW<br>C-06-03843 RMW<br>C-06-04295 RMW<br>C-06-06479 RMW<br><br>ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS |

The court held a hearing on claim construction and several related motions for summary judgment on November 21, 2006 and has not yet issued a ruling. On December 1, 2006, plaintiff Cygnus Telecommunications Technology, LLC filed what it styled a revised motion for summary judgment against defendant United World Telecom, L.C. ("UWT"). UWT and defendant AT&T Corp. filed separate responses, asking the court to strike Cygnus's latest filing. AT&T asked, in the

1  alternative, for leave to file a response, arguing that Cygnus's motion, although ostensibly directed
2  against only UWT, in reality covered issues common to all defendants.
3      Cygnus's revised motion and the defendants' counter-motions are all deemed submitted on
4  the papers.  No hearing will be held.  No further filings will be accepted in connection with these
5  motions.
6      In fact, until the court resolves all pending issues related to claim construction, validity of the
7  patents-in-suit, and infringement liability of individual defendants, no party should file any further
8  substantive motions.  Permissible filings would be things like a notice of PTO action,[1] notice of a
9  relevant recent decision, scheduling matters involving recently-served defendants,[2] or stipulations
10 regarding settlement.

13 DATED:    1/3/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The court is aware that on December 19, 2006, the PTO issued a final rejection of claims 6 through 11 in the reexamination of U.S. Patent No. 6,035,027.

[2] On September 20, 2006, the court instructed Cygnus to show cause by December 20, 2006 why any defendant in case no. C-06-04295 remained unserved, but the docket for that case shows no case-specific activity.  Similarly, the court expected a joint scheduling proposal from the parties in case no. C-06-06479 some time ago but has not yet received one.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                    2

1 | **A copy of this order was mailed on** _____ **to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
3 | John P. Sutton
Miami, FL 33130-2814
2421 Pierce Street
4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren
5 | **Counsel for Defendants:**
6171 Crooked Creek Road
Norcross, GA 30092
6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
Lori D. Greendorfer, Maxim H. Waldbaum
7 | 200 E. Las Olas Avenue, Suite 2040
Schiff Hardin LLP
Fort Lauderdale, FL 33301
623 Fifth Avenue, 28th Floor
8 | New York, NY 10022
John C. Carey
9 | Rodriguez Greenberg & Paul
Thomas T. Tamlyn
1395 Brickell Ave, Suite 700
Yeskoo Hogan & Tamlyn, LLP
10 | Miami, FL 33131
535 Fifth Avenue
New York, NY 10017
11 | Felice B. Galant, Gregory B. Wood
Fulbright & Jaworski L.L.P.
Peter S. Canelias
12 | 865 South Figueroa Street
Law Offices of Peter S. Canelias
Twenty-Ninth Floor
420 Lexington Avenue, Suite 2148
13 | Los Angeles, CA 90017
New York, NY 10170

14 | Joseph P. Zammit
Elizabeth E. Green, R. Scott Shuker
Fulbright & Jaworski
Gronek & Latham, LLP
15 | 666 Fifth Avenue
390 N. Orange Avenue, Suite 600
New York, NY 10103
Orlando, FL 32801
16 |
John F. Mardula, Jon L. Roberts
Gregory J. Nelson
17 | Roberts Mardula & Wertheim, LLC
Nelson & Roediger
11800 Sunrise Valley Drive, Suite 1000
3333 E Camelback Road, Suite 212
18 | Reston, VA 20191-5302
Phoenix, AZ 85018

19 | Richard B. Sheldon
Peter Neil Greenfeld
Mitchell Silberberg & Knupp LLP
Greenfeld Law Group
20 | 11377 West Olympic Boulevard
3333 E Camelback Road, Suite 212
Los Angeles, CA 90064-1683
Phoenix, AZ 85018-2324
21 |
Jeffrey L. Silvestrini, Brian F. Roberts
Matthew McGahren
22 | Cohne Rappaport & Segal
Baum, McGahren & Chiu, LLC
P.O. Box 11008
6171 Crooked Creek Road
23 | Salt Lake City, UT 84147-0008
Norcross, GA 30092

24 | Raymond J. Etcheverry
**Courtesy Copy:**
Parsons, Behle & Latimer
25 | One Utah Center
Clerk of the Panel on Multidistrict Litigation
201 South Main Street,
Thurgood Marshall Federal Judiciary Building
26 | Suite 1800, Post Office Box 45898
One Columbus Circle, N.E.
Salt Lake City, UT 84145
Room G-255, North Lobby
27 | Washington, DC 20002-8004

28 | Counsel is responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DEEMING MOTIONS SUBMITTED ON THE PAPERS & TEMPORARILY BARRING FURTHER FILING OF MOTIONS—MDL-1423
JAH                                   3