*E-filed on* 7/12/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br>(C-04-04247 RMW) |
| THIS ORDER RELATES TO:<br><br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>          Plaintiff,<br><br>          v.<br><br>AT&T CORP.,<br><br>          Defendant. | ORDER DENYING AS MOOT AT&T'S MOTION FOR ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR ENTRY OF FINAL JUDGMENT AND ALTERNATIVE MOTIONS |

AT&T seeks an order shortening time on a motion for entry of final judgment or, in the alternative, other relief. Since final judgment was entered on July 12, 2007, the motion is denied as moot.

DATED: 7/12/07

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING AS MOOT AT&T'S MOTION FOR ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR ENTRY OF FINAL JUDGMENT AND ALTERNATIVE MOTIONS—No. MDL-1423 (C-04-04247 RMW)

**A copy of this order was mailed on**     7/12/07     **to:**

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

Lewis Donald Prutzman
Tannenbaum Helpern Syracuse & Hirschritt LLP`
900 Third Avenue
New York, NY 10022

**Defendants:**

Felice B. Galant; Joseph P. Zammit
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103-3198

Gregory B. Wood
Fulbright & Jaworski L.L.P.
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017

Kieran Patrick Fallon
436 SW 8th Street
Miami, FL 33130-2814

**Courtesy Copy:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DENYING AS MOOT AT&T'S MOTION FOR ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR ENTRY OF FINAL JUDGMENT AND ALTERNATIVE MOTIONS—No. MDL-1423 (C-04-04247 RMW)