*E-filed on*   8/1/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br>(C-04-04247 RMW) |
| THIS ORDER RELATES TO:<br>CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br>            Plaintiff,<br>      v.<br>AT&T CORP.,<br>            Defendant. | ORDER GRANTING IN PART AT&T'S MOTION TO SHORTEN TIME |

   This court entered final judgment in the above matter on July 12, 2007.  On Thursday, July 26, 2007, plaintiff filed a motion to alter or amend final judgment under Federal Rule of Civil Procedure 59(e), setting the hearing for August 31, 2007.

   On Friday, July 27, 2007, defendant AT&T Corp., after unsuccessfully seeking from Cygnus a stipulation to move the briefing and hearing dates, moved pursuant to Local Rule 6-3 to shorten time on Cygnus's motion to alter or amend judgment.  AT&T transmitted its motion to Cygnus via

ORDER GRANTING IN PART AT&T'S MOTION TO SHORTEN TIME—No. MDL-1423 (C-04-04247 RMW)

1  email that same day.  Local Rule 6-3(c) provides that a party who opposes such a motion must file
2  an opposition "no later than the third day after receiving the motion."  Cygnus timely filed its
3  opposition on Wednesday, August 1, 2007.

4        The court has considered AT&T's motion to shorten time and Cygnus's opposition thereto.
5  Cygnus argues that the motion was brought for an improper purpose because (1) AT&T's true
6  motive is to shorten the length of time before it can move for attorney's fees and (2) AT&T is not
7  actually concerned with obtaining a final appealable judgment in time for it to participate with other
8  litigants in Cygnus's appeal to the Federal Circuit of this court's judgments in this multi-district
9  litigation that include a finding that the patents-in-suit are invalid under the on-sale bar.  The court is
10 not persuaded that AT&T's motive is as Cygnus contends.

11       The court hereby grants AT&T's motion to shorten time in part as follows: Cygnus's reply to
12 AT&T's opposition to Cygnus's motion to alter or amend the judgment shall be due Wednesday,
13 August 8, 2007.  Because AT&T filed its opposition to Cygnus's motion on July 27, 2007, this
14 shortened briefing schedule gives plaintiff even more than the week generally allotted on a noticed
15 motion to reply to an opposition – it gives Cygnus a week from the date of this order.

16       Because the court deems the motion to alter or amend appropriate for submission on the
17 papers, it vacates the currently-scheduled August 31, 2007 hearing date and will submit the matter
18 on the papers upon the filing of Cygnus's reply.  The court will issue a ruling on or shortly after
19 August 8, 2007.

22 DATED:    8/1/07

RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AT&T'S MOTION TO SHORTEN TIME—No. MDL-1423 (C-04-04247 RMW)
2

**A copy of this order was mailed on    8/1/07    to:**

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

**Defendants:**

Felice B. Galant; Joseph P. Zammit
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103-3198

Gregory B. Wood
Fulbright & Jaworski L.L.P.
865 South Figueroa Street, 29th Floor
Los Angeles, CA 90017

**Courtesy Copy:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.